# Court of Appeals
# of the State of Georgia

ATLANTA, March 04, 2026

*The Court of Appeals hereby passes the following order:*

### A26D0350. BRENDA M. BUSH v. SHIRLEY RANDOLPH et al.

The plaintiffs Shirley Randolph, Stephanie Watson, and Cindy Randolph filed a dispossessory action against Brenda M. Bush in magistrate court. Following an adverse judgment in magistrate court, Bush filed a petition for review in superior court. On February 2, 2026, the superior court entered judgment affirming the magistrate court's decision. On February 11, 2026, Bush filed this application for discretionary appeal. We lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary appeal, must be filed within seven days of the date the judgment was entered. OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary appeal are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The instant application is untimely because it was filed 9 days after entry of the superior court's decision.

Thus, we lack jurisdiction over the application, which is hereby DISMISSED. The plaintiffs' motion to dismiss the application is hereby DENIED as moot.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/04/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.